IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LORRIE MATHIS | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 3:20-CV-0655-M-BH |
| | § | |
| CITY OF DALLAS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss Plaintiff's Complaint and Brief in Support*, filed June 25, 2020 (doc. 18), is **GRANTED**. By separate judgment, the plaintiff's employment discrimination claims against the defendant will be **DISMISSED without prejudice**, and her state law defamation claim will be **DISMISSED with prejudice.**

**SIGNED** this 14th day of January, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE